UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY FERREROSA,<br><br>            Plaintiff,<br><br>      v.<br><br>K. HALL,<br><br>            Defendant. | 1:24-cv-01242-GSA (PC)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF REGULAR CIVIL IFP APPLICATION AND REQUIRING PLAINTIFF TO FILE REGULAR CIVIL IFP APPLICATION OR PAY FILING FEE IN FULL WITHIN THIRTY DAYS |

Plaintiff has filed this civil rights action pursuant to 42 U.S.C. § 1983.  As Plaintiff no longer appears to be in custody, he must file a regular civil in forma pauperis application, or pay the $405.00 filing fee in full.  Accordingly, it is HEREBY ORDERED that:

1. The Clerk's Office shall send plaintiff a regular civil in forma pauperis application;

2. Within **thirty (30) days** from the date of service of this order, plaintiff shall either file a completed regular civil in forma pauperis application or pay the $405.00 filing fee in full.

Failure to obey this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   **October 29, 2024**              /s/ Gary S. Austin
                                            UNITED STATES MAGISTRATE JUDGE

1